IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARTIN ONASSIS GOODSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-02980-L-BK** |
| | § | |
| **CITY OF DALLAS; DALLAS** | § | |
| **COUNTY; SAUCEDO HECTOR,** | § | |
| *Laredo***; JOHN DOE 1,** *Dallas Fire* | § | |
| *Department***; JOHN DOE 2,** *Dallas Fire* | § | |
| *Department***; WASTE CONNECTIONS,** | § | |
| **INC.; JOHN DRIVER DOE 1,** *Waste* | § | |
| *Connections, Inc.***; BLACKMON** | § | |
| **MOORING, INC.; ERIC MILNER;** | § | |
| **JOHN JUVENILE DOE 1; VISHWAS** | § | |
| **KUMAR RAMESH; VANCE** | § | |
| **BOELTER,** *Christ for the Nation Shooter***;** | § | |
| **and OTHER JOHN and JANE DOE,** | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On November 8, 2025, the Findings, Conclusions and Recommendation of the United

States Magistrate Judge ("Report") (Doc. 5) was entered, recommending that the court, pursuant

to 28 U.S.C. § 1915(e)(2)(B), dismiss with prejudice as frivolous this action by *pro se* Plaintiff

Martin Onassis Goodson ("Plaintiff"), who initiated this lawsuit by filing his "FED3RICO

Complaint" against the City of Dallas, Dallas County, the Dallas Fire Department, Waste

Connections, Inc., Blackmon Mooring, Inc., and unidentified employees. Doc. 3 at 6-7, 9. He also

purports to sue: (1) the unidentified killer of Marie Brooks in April 2025; (2) Vishwas Kumar

Ramesh, the sole survivor of the Air India Boeing 787 crash in May 2025; and (3) Vance Boelter,

the "Christ for the Nation Shooter," who allegedly committed terrorist shootings of political

figures in Minnesota in June 2025.  The magistrate judge further recommends that the court not

grant Plaintiff leave to amend his pleadings because it is highly unlikely that, given the opportunity, he could allege cogent and viable legal claims such that granting him leave to amend under these circumstances would be futile and cause needless delay.

Between November 14, 2025, to April 6, 2026, Plaintiff filed thirty documents consisting of objections to the Report, requests to supplement his objections, motions for leave to amend, motions for reassignment of this case to the Chief Judge after the undersigned denied certain emergency relief requested by him, motions for appointment of counsel, motions for consideration of his filings in light of his pro se status, a motion to preserve his access to law enforcement reporting, and multiple notices. *See* Docs.8-11, 13-37).  Document Nos. 9 through 11 were filed within the fourteen-day deadline for filing objections.  The remainder of filings were filed after the fourteen-day deadline for filing objections.  Even considering all of the documents filed by Plaintiff after issuance of the Report, the court determines that all of his filings, arguments, and proposed amendments are equally frivolous and nonsensical. The court, therefore, **overrules** Plaintiff's objections.

On April 14, 2026, Plaintiff also filed an Amended Complaint (Doc. 38). Although this amended pleading was filed without leave of court, it contains more cogent allegations, limits Plaintiff's claims to those concerning alleged constitutional violations by the City of Dallas, Jane Doe Officers 1 and 2, and John Doe Officers 1, 2, 3, and 4, and brings those claims pursuant to 42 U.S.C. § 1983. At first glance, Plaintiff's 67-page Amended Complaint may not satisfy all of the requirements for a section 1983 claim. Out of an abundance of caution, however, the court will allow the Amended Complaint to stand, and it will recommit this matter to the magistrate judge for further consideration in light of the Amended Complaint.  Additionally, as this Amended Complaint no longer includes many of the Defendants previously sued or the nonsensical claims

Order – Page 2

against them that were included in Plaintiff's original Complaint (Doc. 3), the court will reject as moot the magistrate judge's Report.

Accordingly, having considered the pleadings in this case, the file, Report, and having conducted a de novo review of the portions of the Report to which objection was made, the court **rejects as moot** the Report, *even though it was correct in all respects as it pertains to the deficiencies in Plaintiff's original Complaint (Doc. 3)*; and **overrules** Plaintiff's objections to the Report. As noted, the court **grants** Plaintiff leave to amend his pleadings to the extent set forth in his Amended Complaint (Doc. 38).  The court **directs** the clerk of court to update the docket sheet to reflect that only the following Defendants are now parties to this action in light of Plaintiff's Amended Complaint: City of Dallas, Jane Doe Officers 1 and 2, and John Doe Officers 1, 2, 3, and 4.  The clerk of court is also **directed** to **term** all pending motions/documents in this case (Docs. 6, 10, 11, 14, 15-19, 24-27, 32).  Further, this action is **recommitted** to the magistrate judge consistent with this order for further consideration in light of Plaintiff's Amended Complaint.

**It is so ordered** this 22nd day of May, 2026.

Sam A. Lindsay
United States District Judge